FILED

2019 JUN 17 PM 2:22

CLERK, DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:19 cr 259 T33 JSS

18 U.S.C. § 1001(a)(3)

JAMES O'BRIEN

### INFORMATION

The United States Attorney charges:

### COUNT ONE
(False Statements—18 U.S.C. § 1001(a)(3))

At all times material to this Information:

Between on or about January 1, 2013, and December 31, 2015, within

the Middle District of Florida, and elsewhere, the defendant,

**JAMES O'BRIEN,**

did knowingly and willfully make and use, and caused to be made and used,

false writings and documents in a matter within the jurisdiction of the

executive branch of the Government of the United States, namely, the

Department of Defense and United States Transportation Command,

knowing the same to contain materially false, fictitious, and fraudulent statements, those being: as set forth in each count in the table below, defendant O'Brien altered Letters of Authorizations ("LOAs") that had been downloaded from the Synchronized Pre-deployment and Operational Tracker system to make the LOAs appear as if they provided Tamerlane and Artemis employees, including himself, with government-furnished services while they were deployed to Afghanistan and elsewhere, when defendant O'BRIEN well knew that the Tamerlane and Artemis employees were not authorized the use of government-furnished services while deployed.

| Count | Approximate Date of Alteration | Description of Altered Document |
|---|---|---|
| One | August 28, 2014 | Email from defendant to B.S., attached to which is a falsified LOA for C.B. |
| Two | August 28, 2014 | Email from defendant to J.W., attached to which is a falsified LOA for J.W. |
| Three | August 28, 2014 | Email from defendant to I.M, attached to which is a falsified LOA for I.M. |
| Four | September 25, 2015 | Email from defendant to J.W., attached to which is a falsified LOA for J.W. |

In violation of 18 U.S.C. §§ 1001(a)(3) and 2.

MARIA CHAPA LOPEZ
United States Attorney


ROBERT A. ZINK
Acting Chief, Fraud Section
Criminal Division
United States Department of Justice


By: _____
Michael P. McCarthy
Trial Attorney, Fraud Section
Criminal Division
United States Department of Justice


By: _____
Jay G. Trezevant
Assistant United States Attorney
Chief, Economic Crimes Section