This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/SB10001424127887324100904578404812387092002

# Afghans Jail U.S. Man in Business Dispute

*By Nathan Hodge*

April 5, 2013 6:59 pm ET

KABUL—After a plea from U.S. lawmakers, an American mechanic was freed Friday from a Kabul jail, offering a glimpse of a growing Afghan practice of arresting foreigners connected to commercial disputes.

David Gordon, an employee of Virginia-based logistics firm Tamerlane Global Services, Inc., was detained on Wednesday by the Afghan Attorney General's Office because of a disagreement between Tamerlane and an Afghan company, Afghan and company officials said.

Afghan companies have begun turning to the Attorney General's Office to resolve business quarrels through criminal investigations and arrests, rather than going to arbitration, mediation or commercial courts, attorneys here said.

On Mr. Gordon's first night in jail, in a crowded cell with 22 other inmates, he was attacked by another inmate, he said, apparently with a drinking glass or bottle. "Someone, just out of the blue, smashed me right across the face," he said.

Mr. Gordon appeared shaken as Afghan officials handed him over to the U.S. military on Friday afternoon at a crowded traffic roundabout in central Kabul. His right arm was bandaged—he had tried to shield himself from attack, he said—and he had received stitches in his leg on Thursday. "The doctor in the jail, he patched me up—thank God he did," he said.

At the handover, a U.S. military representative signed paperwork for the transfer of custody that was presented by an official from the Afghan Attorney General's Office. Mr. Gordon wasn't charged with any crime, said both his employer and his attorney, Kimberley Motley.

"There's no legal basis for this at all," Ms. Motley said hours before Mr. Gordon's release.

The U.S. said in January that it was employing 110,404 contract workers in Afghanistan, over 33,000 of them U.S. citizens, while around 66,000 U.S. troops now serve here. Contractors work for companies on jobs from cleaning latrines and serving meals to pulling guard duty around coalition bases.



David Gordon waits in Kabul to be taken to a U.S. military base Friday. NATHAN HODGE/THE WALL STREET JOURNAL

The Attorney General's Office has become increasingly involved in commercial disputes as the U.S. military winds down and the cash-strapped Afghan government looks to shore up its revenues, Western contractors and lawyers here said.

Top Afghan officials have said Western firms routinely try to evade Afghan taxes and customs fees, and abuse their status as contractors to engage in commercial activities.

"Our firm is increasingly getting calls from Western executives fearing, with good cause, the imminent arrest of their managers in Afghanistan over commercial disputes," said Ward Scott, a U.S. commercial lawyer based in Kabul. "Anecdotally, there has been a definite uptick in such cases, including those of U.S. government contractors, who are largely left to their own devices in contending with this trend."

In January, officials from the Attorney General's Office arrested several Western employees of a supplier to the U.S. military in connection with an unpaid tax bill, following a routine meeting at the Afghan Revenue Department.

Tamerlane, Mr. Gordon's employer, is engaged in litigation with Global Hub Logistics, an Afghanistan-based firm, in U.S. District Court for the Eastern District of Virginia over mutual allegations of breach of contract. Mr. Gordon said he recognized an employee of Global Hub Logistics in the vehicle with Afghan law enforcement officers when he was detained.

The management of Global Hub Logistics couldn't be reached for comment.

An official at the Attorney General's Office said Tamerlane Global Services also had an unresolved tax issue with the Afghan government. Tamerlane, a logistics and project management company, said it primarily performs U.S. government contracting work that is exempt from Afghan taxation under a bilateral agreement.

The official blamed the assault on Mr. Gordon on overcrowding in Afghanistan's poorly financed jails, saying the attacker had been arrested for drunkenness. "If we could have extra space to put each detainee separately, that would not have happened," the official said.

On Friday, Republican congressmen Scott Rigell and Frank Wolf of Virginia and Duncan Hunter of California wrote to Secretary of State John Kerry urging the American Embassy in Kabul to intervene in the case.

"The threats that he is receiving and the demonstrated lack of protection during his confinement give us serious concern about his welfare," the letter said.

Jim O'Brien, the president and chief executive of Tamerlane Global Services, said the involvement of American lawmakers, after Mr. Gordon was taken into custody on the road to a fortified compound in Kabul that houses many military contractors, helped spur the embassy into action.

"Being grabbed off the street...because of a contracts dispute, and the embassy not getting involved, is a terrible, terrible precedent," he said.

Mr. O'Brien said the company had performed a small amount of commercial work, and was voluntarily working with the Afghan government to resolve any related taxation issues.

A spokesperson for the U.S. Embassy in Kabul said diplomatic officials "provided all appropriate consular assistance and immediately engaged with the Afghan government" to secure Mr. Gordon's release as soon as they were aware of the case.

Mr. Gordon said he was treated well during his detention by Afghan guards, who allowed him to bunk with them after he was assaulted on Wednesday. But he added that he was pressured by

Afghan officials to sign documents while in custody.

"They kept on pushing me, you know, 'Answer this, sign this,' " he said. Puffing on a cigarette while waiting to be taken to a U.S. military base, where he would receive a medical checkup, he added: "I just want a safe haven."

—*Habib Khan Totakhil contributed to this article.*

**Write to** Nathan Hodge at nathan.hodge@wsj.com

Copyright © 2019 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.