UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA    :
                            :
                            :
                            :
v.                          :   Case No.:   8:19-CR-259-VMC-JSS
                            :
                            :
                            :
JAMES O'BRIEN               :
_____      :

## UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW, undersigned counsel, on behalf of the Defendant, JAMES O'BRIEN, and files this his unopposed motion for early termination of supervised release and in support offers the following:

1. On June 17, 2019, the Defendant waived indictment and was charged via Information.

2. On June 18, 2019, the Defendant was released on his own recognizance.

3. On June 18, 2019, the Defendant pled guilty to a plea agreement with the government.

4. On April 21, 2015, the Defendant was sentenced to six months in the Bureau of Prisons followed by thirty-six months of supervised release with four (4) months of home detention and ordered to pay a special assessment of $400.

5. On April 22, 2020, the Defendant was released from the Bureau of Prisons.

6. On April 22, 2020, the Defendant began his thirty-six month term of supervised release.

7. The Defendant has completed over one and half years of supervised release without a violation and has paid his special assessment of $400.

    a. The Defendant paid the special assessment in June 2020.

8. The Defendant has no other outstanding terms and conditions.

9. United States Probation Officer Viani Ledbetter does not object to this motion.

10. The government does not object to this motion.

## CONCLUSION

WHEREFORE, the Defendant, JAMES O'BRIEN, by and through undersigned counsel, prays this Honorable Court grant the requested relief and/or any other relief deemed necessary.

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
O'Brien Hatfield Reese, PA
511 West Bay Street, Suite 330
Tampa, Florida 33606
Telephone: (813) 228-6989
Facsimile: Fax: (866) 202-5964
Email: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on February 15, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will then send notice of electronic filing to all counsel of record.

By: /s/ Mark J. O'Brien<br>
Mark J. O'Brien, Esquire