UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                              Case No.: 8:19-cr-259-VMC-JSS

JAMES O'BRIEN

_____/

**ORDER**

This matter comes before the Court pursuant to Defendant James O'Brien's unopposed motion for early termination of supervised release (Doc. # 33), filed on February 15, 2022. For the reasons that follow, the motion is granted.

**Discussion**

Pursuant to 18 U.S.C. § 3583(e),

> [t]he court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

In September 2019, Mr. O'Brien was sentenced to six months' imprisonment, followed by three years of supervised

1

release, for making false statements to the Department of Defense and United States Transportation Command. (Doc. # 27). Mr. O'Brien began his term of supervised release in April 2020 and his term of supervised release is set to expire in April 2023. (Doc. # 33 at 2).

Mr. O'Brien now seeks early termination of his supervised release. (Id. at 1). He emphasizes that he has "completed over one and [a] half years of supervised release without a violation and has paid his special assessment of $400." (Id. at 2). He "has no other outstanding terms and conditions." (Id.).

Importantly, neither the United States nor the probation officer object to early termination of Mr. O'Brien's supervised release. (Id.). In light of Mr. O'Brien's good conduct on supervised release and the probation officer's consent, the Court agrees that Mr. O'Brien's supervised release should be terminated early.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

James O'Brien's unopposed motion for early termination of supervised release (Doc. # 33) is **GRANTED**. James O'Brien is discharged from supervised release effective immediately and the proceedings in the case are terminated.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>16th</u> day of February, 2022.

*Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE